Evan J. Smith (SBN242352)
BRODSKY & SMITH, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
Email: esmith@brodskysmith.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CHRISTOPHER TRAVIS, on behalf of himself and all others similarly situated,

Plaintiffs,

vs.

GIGPEAK, INC., AVI KATZ, NEIL J. MIOTTO, KIMBERLY D.C. TRAPP, JOSEPH LAZZARA, JOHN MIKULSKY, and FRANK W. SCHNEIDER,

Defendants.

Case No.: 5:17-cv-01441-LHK

**CLASS ACTION**

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONCERNING PLAINTIFF'S COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

WHEREAS, on April 5, 2017, the parties submitted a Stipulation and [Proposed Order] Concerning Plaintiff's Voluntary Dismissal of the Above Action and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (D.I. #8) (the "Mootness Dismissal Stipulation");

WHEREAS, on April 10, the Court granted the Mootness Dismissal Stipulation and retained jurisdiction of the matter with respect to Plaintiff's Counsel's anticipated application for an award of attorneys' fees (D.I. #9);

WHEREAS, on April 28, 2017, the parties submitted a Stipulation and Proposed Order

Extending Time by Which Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses Must be Filed (D.I. #12) (the "Stipulation to Extend Time");

WHEREAS, on April 28, 2017, the Court granted the Stipulation to Extend Time (D.I. #12);

WHEREAS, subsequent to the filing of the Mootness Dismissal Stipulation and the Stipulation to Extend Time, the parties have engaged in arm's-length discussions regarding a potential resolution of the Mootness Fee Petition;

WHEREAS, the parties reached agreement with respect to payment of attorneys' fees and expenses; and

WHEREAS, the parties have agreed that Integrated Device Technology, Inc., on behalf of Defendants, will pay the agreed-upon fees and expenses within seven (7) business days of the entry of an order closing this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1. The Court will no longer retain jurisdiction over this action; and
2. This action is closed for all purposes.

*/s/ Evan J. Smith*

Evan J. Smith (SBN242352)
BRODSKY & SMITH, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
Email: esmith@brodskysmith.com

*Attorneys for Plaintiff*

*/s/ Hilary H. Mattis*

Hilary H. Mattis (SBN271498)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: hmattis@lw.com

*Attorneys for Defendants GigPeak, Inc., Avi Katz, Neil J. Miotto, Kimberly D.C. Trapp, Joseph Lazzara, John Mikulsky, and Frank W. Schneider*

**ATTESTATION REGARDING SIGNATURES**

I, Evan J. Smith, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Evan J. Smith*
Evan J. Smith

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: May 15, 2017

Lucy H. Koh

Honorable Lucy H. Koh
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

*/s/ Evan J. Smith*
Evan J. Smith